Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Northern District of California

_____ Division

**FILED**
AUG 08 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Case No. **CV23    3993**

_(to be filled in by the Clerk's Office)_ **AGT**

|  |  |
|---|---|
| Terry D. Duncan | ) |
|  | ) |
| _Plaintiff(s)_ | ) |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) |
| _please write "see attached" in the space and attach an additional_ | ) |
| _page with the full list of names.)_ | ) |
| **-v-** | ) |
|  | ) |
|  | ) |
| International Brotherhood of Teamsters | ) |
|  | ) |
|  | ) |
| _Defendant(s)_ | ) |
| _(Write the full name of each defendant who is being sued. If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | ) |
| _write "see attached" in the space and attach an additional page_ | ) |
| _with the full list of names.)_ | ) |

Jury Trial: _(check one)_ ☑Yes ☐No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Terry D. Duncan |
| Street Address | P.O.Box 1862 |
| City and County | Pacifica, San Mateo |
| State and Zip Code | California, 94044 |
| Telephone Number | (650)274-8555 |
| E-mail Address | CaptainLdd@netzero.net |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | International Brotherhood of Teamsters |
| Job or Title *(if known)* | Corporate Headquarters |
| Street Address | 25 Louisiana Avenue, N.W. |
| City and County | Washington, Distric of Colombia |
| State and Zip Code | Washington, D.C. 20001 |
| Telephone Number | (202) 624-6800 |
| E-mail Address *(if known)* | https://teamster.org |

Defendant No. 2

| | |
|---|---|
| Name | International Brotherhood of Teamsters |
| Job or Title *(if known)* | Teamsters Local Union No. 856 |
| Street Address | 453 San Mateo Ave |
| City and County | San Bruno, San Mateo. |
| State and Zip Code | California, 94066 |
| Telephone Number | (650) 635-8326 |
| E-mail Address *(if known)* | teamsters@ibt856.org |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | United Airlines (SFOMM) |
| Street Address | 800 S Airport Blvd |
| City and County | San Francisco international Airport, San Mateo |
| State and Zip Code | California, 94128 |
| Telephone Number | (872) 825-4000 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✔]    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ]    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]    Other federal law *(specify the federal law)*:

[ ]    Relevant state law *(specify, if known)*:

[ ]    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [ ] Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

January 14, 2022

C.    I believe that defendant(s) *(check one)*:

- [ ] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [ ] race _____
- [ ] color _____
- [ ] gender/sex _____
- [x] religion      LABOR ORGANAZTION PRACTIC
- [ ] national origin _____
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

INTERNATIONAL BROTHERHOOD OF TEAMSTERS in violation of Title VII of the Civil Rights Act of 1964, Title VII of the Civil Rights Act of 1964 is a federal law that, inter alia, prohibits employment discrimination based on religious belief. U.S. Code § 2000e–2 - Unlawful employment practices (c) Labor organization practices (see attached statement for additional facts and observations ). Attachments NRTS ( EEOC Letter of Notice of the Right to Sue), CoD, Charge of Discrimination EEOC Number: 550-2022-00862 , Attachments 1.) through 18.),  and statement (TDDvIBT.pdf) pages 1 to 5. Supreme Court Exhibit A and Supreme Court Exhibit B

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.  Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
EEOC Number: 550-2022-00862, filed 01-21-2022, Amended 04/22/2022

B.      The Equal Employment Opportunity Commission *(check one)*:

☐      has not issued a Notice of Right to Sue letter.

☑      issued a Notice of Right to Sue letter, which I received on *(date)*   05/17/2023          .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐      60 days or more have elapsed.

☐      less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

$ 5,000,000.(5 million) due to loss of future wages & overtime pay, future social security payments, UAL pension, Loss of medical, Dental, Vision Benefits, flight privileges. all legal fees. Punitive damages for violation of the civil rights law of 1964.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08 Aug 2023

Signature of Plaintiff    _Terry D. Duncan_

Printed Name of Plaintiff    Terry D. Duncan

### B.   For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

Print    Save As...    Add Attachment    Reset